STATE OF NEW JERSEY v. THOMAS FARROW.

Oct. 22, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LAWN KING, INC.

Oct. 22, 1979.  Petition for certification granted.  (See 169 *N.J.Super.* 346)

STATE OF NEW JERSEY v. JAMES V. BRODIE.

Oct. 22, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. OJEDA.

Oct. 22, 1979.  Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT OJEDA.

Oct. 22, 1979.  Cross-Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED L. HOFFMAN.

Oct. 22, 1979.  Petition for certification denied.